UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

MIGUEL TEPALE, INDIVIDUALLY, and ON            :
BEHALF OF ALL OTHERS SIMILARLY SITUATED,  :
                                                                          :
                                              *Plaintiff*,           :          1:23-cv-07755 (ALC)
                                                                          :
                    -against-                                     :          **ORDER**
                                                                          :
J.D.B MARKET CORP., et al,                             :
                                                                          :
                                              *Defendants*.      :
                                                                          :
                                                                          :
-------------------------------------------------------------- :
                                                                          :
                                                                          x

**ANDREW L. CARTER, JR., District Judge:**

        The Court is in receipt of Plaintiff's letter dated December 8, 2023, ECF No. 9, in

response to the Court's order to show cause, ECF No. 6. Plaintiff is in satisfaction of the order.

Defendant J.D.B Market Corp. has been served, and counsel has described efforts to serve the

remaining Defendants Gourmet City Wood Ridge Inc., John Burdo and Rafael Divino. *Id.*

Pursuant to Fed.R.Civ.P. 4(m), Plaintiff's request for an extension of time to serve the remaining

Defendants to January 8, 2024 is hereby GRANTED.

**SO ORDERED.**

**Dated:**          **December 8, 2023**
                 **New York, New York**          _____
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**