UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MIGUEL TEPALE, INDIVIDUALLY, and ON :
BEHALF OF ALL OTHERS SIMILARLY SITUATED, :
:
                         *Plaintiff*,     :    1:23-cv-07755 (ALC)
:
        -against-     :    **ORDER TO SHOW CAUSE**
:
J.D.B MARKET CORP., et al,    :
:
                        *Defendants*.   :
:
:
------------------------------------------------------------------ :
:
x

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiffs filed his Complaint on August 31, 2023. ECF No. 1. Plaintiff amended his Complaint on October 27, 2023. ECF No. 31. Plaintiff provided proof of service on Defendants Defendants Gourmet City Wood Ridge Inc. and Rafael Divino, and their deadline to respond to the Complaint was January 16, 2024 and January 17, 2024, respectively. ECF Nos. 12-13. To date Defendants Gourmet City Wood Ridge Inc. and Divino have not answered this action. Accordingly, Defendants are hereby **ORDERED TO SHOW CAUSE** why an Order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiffs to seek default judgment against Defendants for failure to otherwise defend this action. Such showing should be made by filing a written response to this Order by **January 31, 2024**. Plaintiff is directed to serve a copy of this Order on Defendants, and file proof of service by January 24, 2024.

**SO ORDERED.**

**Dated:**    **January 23, 2024**
            **New York, New York**              **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**