UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIGUEL TEPALE, on behalf of himself
and others similarly situated,

                                                      23-cv-07755(ALC)

                     Plaintiff,

     -against-                                              **NOTICE OF MOTION**

J.D.B. Market Corp., Gourmet City Wood
Ridge Inc., John Burdo and Rafael Divino,

                     Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated February 22, 2024, the Affirmation of Jasmine Patel dated February 22, 2024, and all prior pleadings and proceedings herein, Defendants J.D.B. Market Corp. (hereinafter "JDB"), and John Burdo (hereinafter "Burdo") will move this Court before the Honorable Judge Andrew L. Carter, Jr. at 500 Pearl Street, Room 24A, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

(1) dismissing Plaintiff's Complaint as against JDB pursuant to Fed. R. Civ. P. 12(b)(6);

(2) dismissing, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff's New York State Labor Law ("NYLL") Causes of Action (third, fourth, fifth, sixth, seventh, and eighth) against Defendants JDB and Burdo; and

(3) for such other and further relief as may be just and proper.

Dated:  Garden City, New York
         February 23, 2024

                                                      Respectfully submitted,

                                     By:    _/s/ Patel_____
                                                     Jasmine Y. Patel, Esq.

                                                Michael Yim, Esq.
**FRANKLIN, GRINGER & COHEN, P.C.**
*Attorneys For Defendants J.D.B Market Corp. and John Burdo*
666 Old Country Road, Suite 202
Garden City, NY 11530-2013
(516) 228-3131


TO:    Jason Mizrahi, Esq.
         Levin-Epstein & Associates, P.C.
         *Attorneys for Plaintiff*
         60 East 42nd Street, Suite 4700
         New York, NY 10165