UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MIGUEL TEPALE, INDIVIDUALLY, and ON : 
BEHALF OF ALL OTHERS SIMILARLY SITUATED, : 
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　*Plaintiff*,　　　　　:　　1:23-cv-07755 (ALC)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　-against-　　　　　　　　　　　　:　　**CONFERENCE ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
J.D.B MARKET CORP., et al,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　*Defendants*.　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------------- :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　x

**ANDREW L. CARTER, JR., United States District Judge:**

　　　The Court will hold a telephonic conference in this action on March 20, 2024 at 2:00PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: March 12, 2024**
　　　**New York, New York**　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**