UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MIGUEL TEPALE, INDIVIDUALLY, and ON :
BEHALF OF ALL OTHERS SIMILARLY SITUATED, :
:
                            *Plaintiff*,          :        1:23-cv-07755 (ALC)
:
       -against-                                  :        **ORDER**
:
J.D.B MARKET CORP., et al,                 :
:
                            *Defendants*.      :
:
-------------------------------------------------------------------- :
                                                                                    x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court telephonic conference scheduled March 20, 2024 at 2:00PM Eastern Time is hereby cancelled. In light of Plaintiff's Amended Complaint, ECF No. 27, Defendants are direct to state by **March 26, 2024** whether it plans to renew its motion to dismiss on its existing papers, or wishes to file a revised motion to dismiss.

**SO ORDERED.**

**Dated: March 19, 2024**
       New York, New York                              **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**