UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MIGUEL TEPALE, INDIVIDUALLY, and ON :
BEHALF OF ALL OTHERS SIMILARLY SITUATED, :
:
                                        *Plaintiff,*      :      1:23-cv-07755 (ALC)
:
        -against-                                       :      **ORDER**
:
J.D.B MARKET CORP., et al, :
:
                                        *Defendants*.    :
:
------------------------------------------------------------------- :
                                                                     x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendants' letter, ECF No. 30, stating their intent to rely on their existing motion to dismiss papers as applied to Plaintiff's First Amended Complaint. The parties are hereby ORDERED to adhere to the following briefing schedule:

       Plaintiff's Opposition:      April 11, 2024

       Reply:                          April 18, 2024

**SO ORDERED.**

**Dated: March 28, 2024**
       **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                                           **United States District Judge**