UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

MIGUEL TEPALE, INDIVIDUALLY, and ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                                *Plaintiff*,

                              -against-

J.D.B MARKET CORP., et al,

                                *Defendants*.

------------------------------------------------------------------ x

1:23-cv-07755 (ALC)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on August 22, 2024 at 11:00 AM Eastern Time to discuss the status of the case. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: August 21, 2024**
      **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**