# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

**MEMO ENDORSED**

August 21, 2024

<u>**VIA ECF**</u>
The Hon. Andrew L. Carter, Jr., U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __August 22, 2024__

        Re: *Tepale v. J.D.B. et al*
          <u>**Case No.: 23-cv-07755**</u>

Dear Honorable Judge Carter:

  This law firm represents Plaintiff Miguel Tepale (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves as a request to adjourn the telephonic status conference scheduled for August 22, 2024 to, through and including, a date and time set by the Court after September 5, 2024.

  This is the first request of its kind, and is made on consent of counsel for Defendants J.D.B Market Corp. and John Burdo (together, the "Defendants"). If granted, this request would not affect any other scheduled deadlines.

  The basis of this request is that the undersigned is currently traveling overseas on holiday until September 5, 2024. Due to the undersigned's conflicting traveling obligations, it is respectfully requested that the Court adjourn the telephonic status conference to a date and time set by the Court following the undersigned's return to the office.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By: */s/ Jason Mizrahi*
                   Jason Mizrahi
                   60 East 42nd Street, Suite 4747
                   New York, NY 10170
                   Tel. No.: (212) 792-0048
                   Email: Jason@levinepstein.com
                   *Attorneys for Plaintiff*

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 21, 2024
New York, NY

1