UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x
MIGUEL TEPALE, INDIVIDUALLY, and ON :
BEHALF OF ALL OTHERS SIMILARLY SITUATED, :
:
                               *Plaintiff*, :   1:23-cv-07755 (ALC)
:
               -against- :   **CONFERENCE ORDER**
:
J.D.B MARKET CORP., et al, :
:
                             *Defendants*. :
:
--------------------------------------------------------------------- :
                                               x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephonic conference in this action on Friday, September 6, 2024 at 11:00 AM Eastern Time to discuss the status of the case. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: August 27, 2024**
      **New York, New York**                                **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**