USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Tepale, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

J.D.B Market Corp. et al.,

                Defendants.

1:23-cv-07755 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

On November 18, 2024, the parties filed a joint letter indicating that they had reached a settlement in principle. (Joint Letter, ECF No. 43.) The Court granted the parties' request to adjourn the Initial Pretrial Conference to give the parties 30 days to finalize the settlement. (Memo End., ECF No. 44.) It is hereby Ordered that, no later than January 10, 2025, the parties shall file a joint letter regarding the status of this action.

SO ORDERED.

Dated:      New York, New York
              January 3, 2025

_____
STEWART D. AARON
United States Magistrate Judge