# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 3, 2025

<u>**VIA ECF**</u>
The Hon. Andrew L. Carter Jr., U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

       *Re*: *Tepale v. J.D.B. et al*
          <u>**Case No.: 23-cv-07755**</u>

Dear Honorable Judge Carter, Jr.:

 This law firm represents Plaintiff Miguel Tepale (the "Plaintiff") in the above-referenced matter.

 Pursuant to Your Honor's Individual Motion Practice Rules, and the directives of the Clerk of Court, of the U.S. District Court, Southern District of New York, the instant letter respectfully serves to inquire on the status of the parties' proposed consent judgment, and accompanying notice of acceptance of offer of judgment. [Dckt. Nos. 54, 55].

 In light of the foregoing, and out of an abundance of caution, the undersigned respectfully wishes to inquire on the status of the parties' proposed consent judgment, and accompanying notice of acceptance of offer of judgment.

 Thank you, in advance, for your time and attention to this matter.

           Respectfully submitted,

           LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: */s/ Jason Mizrahi*
           Jason Mizrahi, Esq.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.: (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Plaintiff*