UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Miguel Tepale, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                *Plaintiff,*

    - against –

J.D.B Market Corp., Gourmet City Wood Ridge Inc., John Burdo, and Rafael Divino,

                *Defendants.*
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 10, 2025

Case No.: 1:23-cv-07755

**JUDGMENT**

WHEREAS, on February 5, 2025, Plaintiff Miguel Tepale (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants J.D.B Market Corp., Gourmet City Wood Ridge Inc., John Burdo, and Rafael Divino (collectively, the "Defendants") in the amount of Seventeen Thousand Five Hundred Dollars and Zero Cents ($17,500.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: March 10, 2025

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 10, 2025
New York, NY